IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS DAVID HAGBERG, | ) | No. CV-F-05-1061 REC/LJO HC |
| | ) | |
| | ) | ORDER DENYING PETITIONER'S |
| | ) | PETITION FOR WRIT OF HABEAS |
| Petitioner, | ) | CORPUS PURSUANT TO 28 U.S.C. |
| | ) | § 2241 |
| vs. | ) | |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |

On August 19, 2005, petitioner Thomas David Hagberg filed a pleading entitled "§ 2241 Further Revised and Updated Petition to Get Credit for Time Served." Petitioner contends that he is entitled to credit against his federal sentence for the time served while in state custody pursuant to a federal no-bail detainer. Petitioner further contends that he was denied his right to a speedy trial in United States v. Hagberg, No. CR-F-00-5371 REC.

To the extent that petitioner contends that he is entitled to credit for time served, petitioner is challenging the

1

execution of his sentence.  See United States v. Giddings, 740 F.2d 770 (9th Cir. 1984).  Such a challenge must be addressed to the district court which has jurisdiction over petitioner or his custodian.  Because petitioner is incarcerated at the federal prison in Springfield, Missouri, he must file his Section 2241 petition challenging his entitlement to credit for time served in the appropriate United States District Court in Missouri.

To the extent petitioner claims that his right to a speedy trial was violated in No. CR-F-00-5371 REC, petitioner cannot make such a claim in this petition.  Petitioner filed a motion to vacate, set aside or correct sentence in this court on March 29, 2004, No. CV-F-04-5502 REC, in which he claimed that his right to a speedy trial was violated.  By Order filed on May 13, 2004, the court denied petitioner's Section 2255 motion.  Therefore, petitioner's claim has been resolved and cannot be revisited in a Section 2241 motion.

ACCORDINGLY:

1.  Petitioner Thomas David Hagberg's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is denied.

IT IS SO ORDERED.

**Dated: August 29, 2005**             /s/ Robert E. Coyle
668554                                 UNITED STATES DISTRICT JUDGE

2